# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-5003-01-CR-SW-RED |
| | ) | |
| MARIO RILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is Defendant's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the United States Constitution (Doc. 30), the Government's Suggestions in Opposition to Defendant's Motion to Suppress Evidence (Doc. 35), Defendant's Reply to the Government's Suggestions in Opposition to the Motion to Suppress (Doc. 37), Defendant's Suggestions in Support of Motion to Suppress Following Hearing and Evidence Presented by the Government (Doc. 40), and the Report and Recommendation of the United States Magistrate Judge (Doc. 42). Also before the Court is Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge on Defendant's Motion to Suppress (Doc. 43). After careful and independent review of the parties' submissions and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 42) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress (Doc. 30).

**IT IS SO ORDERED.**

DATED: March 8, 2011            */s/ Richard E. Dorr*
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT